1066

THE STATE OF WASHINGTON, *Respondent*, v. TYRON DWANE SLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-05917-7, Jack A. Richey and Jim Bates, JJ., entered February 4, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Scholfield, J. Pro Tem.

[No. 34419-6-I. Division One. December 11, 1995.]

*In the Matter of the Marriage of* CLARA A. SANCHEZ, *Petitioner, and* WILLIAM G. FORTNEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-10224-6, James D. McCutcheon, Jr., J., entered March 15, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34521-4-I. Division One. December 11, 1995.]

DAVID McINTYRE, M.D., *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-10166-0, Anne L. Ellington, J., entered March 31, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Cox, JJ.

[No. 34616-4-I. Division One. December 11, 1995.]

FACTORIA CENTER INVESTMENTS, INC., *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-25587-0, R. Joseph Wesley, J., entered April 27, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.